REAVLEY, Circuit Judge,
concurring:
I concur in the judgment because I accept the construction of 12 U.S.C. § 36(c) to permit the establishment of branches within Arkansas when branches, though now not the home office, have been located there. The statute allows this “within the state in which said association is situated____” A prior panel has agreed with the Ninth Circuit and the Comptroller that this describes situated branches as well as main office. I do not disagree and can read the statute to allow branches to be retained where new branches could be established. My esteemed colleagues are in error, however, when they say that § 36 is silent with respect to the retention of branches after relocation of the main office. Section 36 begins: “The conditions upon which a national banking association may retain or establish and operate a branch *945 or branches are the following:” We are required to find the authorization in the language of § 36(e). Because I agree that we can, I concur.